**Order entered February 27, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00761-CR

## DAVID LEE MORALES, Appellant

## V.

## THE STATE OF TEXAS, Appellee

### On Appeal from the Criminal District Court No. 2
### Dallas County, Texas
### Trial Court Cause No. F15-56719-I

## ORDER

We **REINSTATE** this appeal.

We abated the appeal for a hearing to determine why no brief has been filed. On February 24, 2019, the supplemental reporter's record of the hearing was filed. We **ADOPT** the trial court's February 20, 2019 findings that (1) appellant wishes to prosecute this appeal; (2) appellant, who is indigent, is represented by appointed counsel William Pigg; and (3) counsel has not abandoned the appeal and will have a brief filed by March 4, 2019.

We **ORDER** appellant's brief **by March 4, 2019**.

We **DIRECT** the Clerk to send copies of this order to the Honorable Nancy Kennedy, Presiding Judge, Criminal District Court No. 2; William Pigg; and to the Dallas County District Attorney.

/s/     LANA MYERS
             JUSTICE